AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FONTELLA HILL BRYANT,  ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 7:09-CV-201-D** |
| *Commissioner of the Social* ) | |
| *Security Administration,* ) | |
|     Defendant. ) | |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 2, 2010** WITH A COPY TO:

Barbara von Euler (via CM/ECF Notice of Electronic Filing)

Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| December 2, 2010 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |